IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 11-120 |
| NESTOR LUIS MERCED-CALDERON | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of June 2011, upon consideration of Government's Motion for Disqualification of Defense Counsel (Doc. No. 29), Defendant's Response to the Government's Motion for Disqualification of Defense Counsel (Doc. No. 33), the arguments of counsel at the April 20, 2011 hearing, and for the reasons stated in the Court's Opinion dated June 17, 2011, it is **ORDERED** that Government's Motion for Disqualification of Defense Counsel (Doc. No. 29) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.